IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHERRI PURVIS, for individually and as next friend and natural guardian JAMES C. PURVIS,** | : : : |
| Plaintiff, | : : |
| v. | : Case No. 7:11-cv-111 (HL) |
| **BLITZ, U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and WAL-MART STORES EAST, INC.,** | : : : : : |
| Defendants. | : |

**ORDER**

On November 9, 2011, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LCC filed bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code. Defendant Blitz U.S.A., Inc. has filed a notice of bankruptcy in this proceeding.

All judicial proceedings against the debtor are automatically stayed under 11 U.S.C. § 362(a)(1). Accordingly, this case is stayed as to Defendant Blitz, U.S.A., Inc. until there is a ruling from the bankruptcy court lifting the stay of the proceedings.

    This automatic stay does not automatically stay judicial proceedings against non-bankrupt third parties or co-defendants. *See, e.g.,* <u>In re S.I. Acquisition, Inc.</u>, 817 F.2d 1142, 1147 (5th Cir. 1987). The case will continue to move forward as to the remaining parties.

    **SO ORDERED,** this the 15th day of November, 2011.

                                      ***s/Hugh Lawson***
                                      HUGH LAWSON, SENIOR JUDGE

ebr