**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **SHERRI PURVIS, INDIVIDUALLY AND AS NEXT FRIEND AND NATURAL GUARDIAN FOR JAMES C. PURVIS,** | |
| Plaintiff, | |
| v. | Civil No. 7:11-CV-111 (HL) |
| **BLITZ USA, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and WAL-MART STORES EAST, INC.,** | |
| Defendants. | |

**ORDER**

On Tuesday, June 19, 2012, the Court held a telephone conference call to discuss Plaintiff's pending Motion to Compel (Doc. 31). During the call, the parties informed the Court that the issues presented in the Motion had been resolved. The parties agreed that Defendants would supplement their initial disclosures to satisfy Plaintiff's requests. Plaintiff's counsel noted that there were no further issues to address at the time, but counsel reserved the right to object after the supplemental disclosures were made.

Based on the agreement between the parties, the Motion to Compel is moot. The parties are directed to inform the Court if any additional discovery disputes arise in this course of this litigation.

**SO ORDERED**, this 21st day of June, 2012.


_**s/ Hugh Lawson**_
HUGH LAWSON, SENIOR JUDGE

ebr