IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHERRI PURVIS, individually, and as next friend and natural guardian for, JAMES C. PURVIS,**<br><br>     Plaintiffs,<br><br>v.<br><br>**BLITZ USA, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and WAL-MART STORES EAST, INC.**,<br><br>     Defendants. | Civil Action No. 7:11-CV-111 (HL) |

**ORDER**

Before the Court is the parties' Status Report Regarding Finalization of the Settlement in Principle (Doc. 85). The parties' motion to stay this case until after the bankruptcy court has given final approval to the settlement is granted. The Court finds there is good reason to continue the stay of this case. The parties must file an updated status report, or else a stipulation of dismissal, no later than November 14, 2013.

**SO ORDERED**, this the 17th day of September, 2013.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr