**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **SHERRI PURVIS, individually, and as next friend and natural guardian for, JAMES C. PURVIS,** | |
| Plaintiffs, | Civil Action No. 7:11-CV-111 (HL) |
| v. | |
| **BLITZ USA, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and WAL-MART STORES EAST, INC.**, | |
| Defendants. | |

**ORDER**

By Order of this Court, this case has been stayed pending final approval by the bankruptcy court for the proposed settlement of this action. The parties are ordered to file an updated status report, or else a stipulation of dismissal, no later than February 25, 2014.

**SO ORDERED**, this the 11th day of February, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr