## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **SHERRI PURVIS, individually, and as next friend and natural guardian for, JAMES C. PURVIS,**<br><br>Plaintiffs,<br><br>v.<br><br>**BLITZ USA, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and WAL-MART STORES EAST, INC.**,<br><br>Defendants. | Civil Action No. 7:11-CV-111 (HL) |

## ORDER

The parties are ordered to file an updated status report, or else a stipulation of dismissal, no later than May 16, 2014.

**SO ORDERED**, this the 8th day of May, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr