IN THE UNITES STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHERRI PURVIS INDIVIDUALLY AND JAMES C. PURVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> BLITZ USA, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., and WAL-MART STORES EAST, INC., <br><br> Defendants. | C/A NO.: 7:11-CV-00111-HL |

**STIPULATION OF DIMISSAL WITH PREJUDICE**

This case involves allegations that a Blitz gas can sold by Wal-Mart exploded and injured James Purvis. The claims in this case are subject to a settlement trust created in the Blitz U.S.A, Inc. bankruptcy. Plaintiffs have executed a release releasing the claims at issue in connection with that settlement. As such, the Parties hereby dismiss this case with prejudice.

Dated: May 9, 2014.

| | |
|---|---|
| s/ Michael J. Goldman_____ <br> **Warner S. Fox** (GA Bar # 272654) <br> **Michael J. Goldman** (GA Bar # 300100) <br> HAWKINS & PARNELL, LLP <br> SunTrust Plaza <br> 303 Peachtree St., NE <br> Suite 4000 <br> Atlanta, GA 30308-3243 <br> 404-614-7400 <br> Fax: 404-614-7500 | s/ Brady R. Thomas_____ <br> **Brady R. Thomas** (GA Bar #183237) <br> RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C. <br> P. O. Box 1368 <br> 1730 Jackson Street <br> Barnwell, SC 29812 <br> Telephone No.: (803) 541-7850 <br> Fax No.: (803) 541-9625 <br> E-Mail: bthomas@rpwb.com |

1

2

| | |
|---|---|
| Email: wfox@hptylaw.com<br>mgoldman@hptylaw.com<br><br>ATTORNEYS FOR THE WAL-MART ENTITIES | ATTORNEYS FOR THE PLAINTIFFS |

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2014, I electronically filed the foregoing: with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Warner S. Fox** (Ga. Id. No. 272654)
**Michael J. Goldman** (Ga. Id. No. 300100)
Hawkins Parnell Thackston & Young, LLP
SunTrust Plaza
303 Peachtree St., NE
Suite 4000
Atlanta, GA 30308-3243
404-614-7400
Fax: 404-614-7500
Email: wfox@hptylaw.com
mgoldman@hptylaw.com

**JEFFREY P HUBBARD**
1062 HIGHLAND COLONY PKWY STE 222
JACKSON, MS 39157
601-707-3437
Email: hubbard@hubbardmitchell.com

This 9th day May, 2014
/s/ Brady R. Thomas
Brady R. Thomas (#183237)
*Attorney for Plaintiffs*